# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

## CRIMINAL ACTION NO. 1:07CR-00024-JHM-(2)

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**VS.**

**TERRY WAYNE CREEK**                                 **DEFENDANT**

## **ORDER**

This case was called in open court on January 23, 2008, for the purpose of conducting a bond revocation hearing. There appeared the Defendant, Terry Wayne Creek, in custody, and represented by CJA Panel Attorney Ross T. Turner. Assistant United States Attorney James Barr was present on behalf of Larry Fentress for the United States of America. These proceedings were recorded electronically.

Counsel for the Defendant advised the Court the Defendant does not contest the allegations contained in the Petition on Bond Supervision. Counsel for the Defendant argued for the Defendant's bond to not be revoked. Counsel for the United States argued the Defendant's bond should be revoked.

The Court having considered the Petition on Bond Supervision, having heard arguments of counsel and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** the Appearance Bond and Order Setting Conditions of Release entered in this action on July 20, 2007, is **REVOKED**. The Defendant is remanded to the custody of the United States Marshal Service pending his final sentencing.

ENTERED this


Copies to:   Counsel of Record
             US Marshal
             US Probation


0 | 05